Mary Louisa Campion, Appellant, v. The Roman Catholic Orphan Asylum in the City of New York and Another, Respondents, Impleaded with Others. (Action No. 1.) — Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Mary Louisa Campion, Appellant, v. The Roman Catholic Orphan Asylum in the City of New York and Another, Respondents, Impleaded with Others. (Action No. 2.) — Judgment and orders affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Lena Johnson, as Administratrix, etc., Respondent, v. Hay Foundry and Iron Works, Appellant. — Order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Gladstone Clarke, an Infant, etc., Respondent, v. Forty-second Street, Manhattanville and St. Nicholas Avenue Railway Company, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.; McLaughlin and Laughlin, JJ., dissented.

The Bank of the United States, Respondent, v. The Public Bank of New York City, Appellant. — Determination affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

In the Matter of the Transfer Tax upon the Estate of Arthur Challis Kennard, Deceased. The Comptroller of the State of New York, Appellant; Arthur Molloy Kennard, as Executor, etc., Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Flatow, Flinn & Company, Inc., Appellant, v. American Motor Truck Company and Others, Respondents. — Judgment modified by directing that the dismissal of the complaint is without prejudice to an' action at law for a breach of the contract, and as so modified affirmed, with costs to the respondents. No opinion. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Moses A. Wiener, Respondent, v. Louis Ross, Appellant. — Determination affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Mason-Seaman Transportation Company, Appellant, v. John Purroy Mitchel, as Mayor of the City of New York, and Others, Respondents. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of the Judicial Settlement of the Account of Esther Robitscher, as Executrix, etc., of Frederick Robitscher, Deceased, Appellant. Louisa Fribourg, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Owen E. Abraham, Assignee, etc., of Charles E. Ball and Louis E. Whicher, Composing the Firm of Ball & Whicher, Appellant, v. The